IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND SKOLODA, | : | |
| Petitioner | : | |
| v. | : | CIVIL NO. 4:14-CV-00883 |
| SUPERINTENDENT GLUNT, et al. | : | (Judge Brann) |
| Respondents | : | |

ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Skoloda's petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is direct to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability.


BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge

Dated: March 2, 2015